# United States Bankruptcy Court
## District of Connecticut

In re   **Michael P. Teodosio**                                                                  Case No.   **10-32751**
                                                    Debtor(s)                                    Chapter    **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule F**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:   November 4, 2010

/s/ Charles A. Eggert
**Charles A. Eggert, Jr.**
Attorney for Debtor(s)
**Charles A. Eggert, Jr., Esq., LLC**
**Nine Trumbull Street**
**New Haven, CT 06511**
**(203)772-1044 Fax:(203)865-0869**
**caelaw@optonline.net**

## United States Bankruptcy Court
### District of Connecticut

| | | |
|---|---|---|
| In re **Michael P. Teodosio** | Case No. | **10-32751** |
| Debtor(s) | Chapter | **7** |

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule F**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**Office of the U.S. Trustee**

**Bonnie C. Mangan, Chapter 7 Trustee**

**Michael Teodosio**

Date: November 4, 2010

**Charles A. Eggert, Jr.**
Attorney for Debtor(s)
**Charles A. Eggert, Jr., Esq., LLC**
**Nine Trumbull Street**
**New Haven, CT 06511**
**(203)772-1044 Fax:(203)865-0869**
**caelaw@optonline.net**

B6F (Official Form 6F) (12/07)

In re  **Michael P. Teodosio**                                     Case No. __**10-32751**__
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5681**<br><br>Direct TV<br>PO Box 11732<br>Newark, NJ 07101-4732 | | - | 2007<br>**Past Due Dish Network Bill** | | X | | 515.73 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

**0** continuation sheets attached

Subtotal (Total of this page)  **515.73**

Total (Report on Summary of Schedules)  **515.73**

# United States Bankruptcy Court
## District of Connecticut

In re  **Michael P. Teodosio**  
Debtor(s)

Case No.  **10-32751**  
Chapter  **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __1__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 4, 2010**          Signature  **/s/ Michael P. Teodosio**  
                                              **Michael P. Teodosio**  
                                              Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# CERTIFICATE OF NOTICE

```
District/off: 0205-3           User: dfairfax              Page 1 of 1                   Date Rcvd: Nov 08, 2010
Case: 10-32751                 Form ID: pdfdoc9            Total Noticed: 1
```

The following entities were noticed by first class mail on Nov 10, 2010.
```
tr           +Bonnie C. Mangan,   Law Office of Bonnie C. Mangan,   1050 Sullivan Avenue,   Suite A3,
               South Windsor, CT 06074-2043
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 10, 2010**                      **Signature:**    _Joseph Speetjens_