THE LAW OFFICE OF
**BONNIE C. MANGAN, P.C.**
WESTVIEW OFFICE PARK
1050 Sullivan Avenue, Suite A3
South Windsor, Connecticut 06074

| Bonnie C. Mangan | Telephone | (860) 644-4204 |
| Chapter 7 Trustee | Facsimile | (860) 644-4934 |
| | TTY | (860) 648-5803 |
| April 1, 2011 | e-mail:bonnie.mangan@manganlaw.com | |

Office of the Clerk
United States Bankruptcy Court
One Financial Center
157 Church Street, 18th Floor
New Haven, CT 06510

Re:   **In re: Michael P. Teodosio**
      Case No. 10-32751 LMW

Dear Sir or Madam:

I have recovered assets in the above captioned Chapter 7 case.

If a bar date has not already been set in this matter, please set a bar date for the filing of claims.

Please contact me with any questions.  Thank you for your attention to this matter.

Very truly yours,

/s/ Bonnie C. Mangan

Bonnie C. Mangan
Chapter 7 Trustee

BCM/hs